Joseph P. Costa, Esq. (SBN: 130131)
Jennifer Korth Hudson, Esq. (SBN: 247232)
COSTA ABRAMS & COATE LLP
1221 Second Street, Third Floor
Santa Monica, California  90401
Tel: (310) 576-6161
Fax: (310) 576-6160
joseph.costa@costalaw.com

Attorneys for Plaintiff Perfect Pushup, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT PUSHUP, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>POKER SUPPLIES CO., a business entity; JEFF SMITH, an individual; BRYBELLY HOLDINGS, INC., a business entity; KNUTE LENTZ, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: CV08-03280 AHM (RCx)<br><br>**ORDER RE: PERMANENT INJUNCTION** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Defendants, their successors, assigns, parent entities, subsidiaries, officers, agents, servants, employees, and those persons or companies in active participation with them, be and hereby are permanently enjoined from:

   (A) Importing into or exporting to the United States, its territories or possessions, any goods identified as *Perfect Pushup* as evidenced by various United States Copyright Office Registration Numbers, including Registration No. VA 0001627954 [*Perfect Pushup* workout poster]; Registration No. VA 0001626847) [*Perfect Pushup* advertising photos]; and Registration No. VA 0001627611 [*Perfect Pushup* Fitness Device Package] (collectively, the "Copyrights"), or any substantially similar variations thereon, during the term of the Copyrights, which goods are not expressly authorized by Plaintiff or its successor(s) in title to the Copyrights for sale by Defendants in the United States or elsewhere (hereinafter called the "*Perfect Pushup* Goods").

   (B) Promoting, advertising, publishing or offering for sale, during the term of the Copyrights, goods which are counterfeit *Perfect Pushup* Goods (including, but not limited to *Power Push Up Bars* and/or *Power Pushups*).

   (C) Infringing Plaintiff's established proprietary rights in the *Perfect Pushup* Goods by further promoting, advertising, publishing or offering for sale *Perfect Pushup* Goods and/or any goods which are counterfeit and/or substantially similar to the *Perfect Pushup* Goods (including, but not limited to *Power Push Up Bars* and/or *Power Pushups*).

   (D) Buying, selling or in any other way dealing with *Perfect Pushup* Goods other than through those channels of distribution expressly authorized in writing by the Plaintiff or its successor(s) in title to the Copyrights,

   (E) Infringing Plaintiff's established proprietary rights in the Copyrights, any *Perfect Pushup* trademarks, and any of its other registered

1 copyrights and trademarks of which notice is provided to Defendants and their
2 counsel, and all protectable variations thereof, by promoting, advertising,
3 publishing or offering for sale, goods which bear a copy of the name, text, images,
4 photographs, recordings or other indicia of Plaintiff's aforementioned intellectual
5 property, or any confusingly similar variations thereof, during the term of validity
6 of such intellectual property rights;

7       (F) Defendants are not permitted to sell any of Plaintiff's goods
8 (genuine or imitations) that Plaintiff may from time to time designate to
9 Defendants, by identifying in writing (with a written record of delivery) the
10 product or products prohibited;

11       (G) Holding Defendants out as having any business relationship
12 with Plaintiff, unless expressly agreed upon by Plaintiff.

13     2. Each party to this Order shall bear its own costs and attorneys fees.

14     3. That the Court retains jurisdiction of this matter for purpose of
15 construction, modification and enforcement of this Order.

16     4. This Order shall be a final order of permanent injunction.

Dated:  July 18, 2008        IT IS SO ORDERED:

**Make JS-6**

_____
United States District Judge